**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MICHELLE MORALES,

                Plaintiff,                          19 **CIVIL** 1186 (GWG)

        -against-                             **JUDGMENT**

NANCY A. BERRYHILL,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion and Order dated September 8, 2020, Morales's motion for judgment on the pleadings is denied, and the Commissioner's motion for judgment on the pleadings is granted.

**Dated:**  New York, New York
          September 8, 2020

                                                     **RUBY J. KRAJICK**
                                                      _____
                                                       **Clerk of Court**
                  **BY:**        *K. Mango*
                                                       _____
                                                       **Deputy Clerk**